# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0184
_____

ISIAH NYGEE MERRITT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Ronald W. Flury, Judge.

July 31, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, BILBREY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, Kathryn Lane, Assistant Public Defender, and Megan L. Long, Assistant Public Defender, Tallahassee; Darlene J. Rollins, Assistant Public Defender, Quincy, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.